FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIJIO MENDOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON; MICHELLE JOHNSON, CCO; JOSE "FREDDIE" ACEVEDO-GONZALEZ, CCO; JASON PEPPER, YAKIMA COUNTY SHERIFF DEPUTY; BRENT MARTIN, CCO; CHRISTOPHER SMITH, US MARSHAL; DETECTIVE KEVIN CAYS, YPD; DETECTIVE DREW SHAW, YPD; and DETECTIVE RYAN PEPPERS, YPD,<br><br>    Defendants. | No. 1:22-CV-03004-SAB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On May 10, 2022, the Court issued an Order Granting Defendants' Motion to Dismiss. ECF No. 17. In the order, the Court dismissed Plaintiff's Complaint, ECF No. 2-2, and granted him leave to file a First Amended Complaint. However, the Court stated "[o]n or before **July 11, 2022**, Plaintiff shall file a First Amended Complaint. **If Plaintiff fails to comply with this order, the action will be dismissed.**" ECF No. 17 at 7.

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 1

Plaintiff has still not submitted a First Amended Complaint. Thus, the Court dismisses this action without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED without prejudice** for failure to submit a First Amended Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to *pro se* Plaintiff and counsel, and **close** the file.

**DATED** this 12th day of July 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION WITHOUT PREJUDICE # 2**